# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STATE OF NEBRASKA,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and GINA McCARTHY, Administrator, U.S. EPA,<br><br>      Defendants. | Civil Action No. 4:14-cv-3006 |

## <u>MEMORANDUM IN SUPPORT OF EPA'S MOTION TO DISMISS</u>

## INTRODUCTION AND SUMMARY

  Defendants United States Environmental Protection Agency and Gina McCarthy, Administrator, U.S. EPA (collectively "EPA"), pursuant to Rules 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure, hereby moves the Court to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction, or failure to state a claim upon which relief can be granted. Plaintiff State of Nebraska challenges a notice of *proposed* rulemaking in this case. The prematurity of Nebraska's claim, as well as the unique jurisdictional provisions of the Clean Air Act, raise a host of jurisdictional and other dispositive defects in the Complaint. In the alternative, the Court may transfer this case the D.C. Circuit if it finds that the interests of justice so require. 28 U.S.C. § 1631.

                              Respectfully submitted,

                              ROBERT G. DREHER
                              Acting Assistant Attorney General
                              Environment and Natural Resources
                                 Division

Date: March 18, 2014              */s/  Jessica O'Donnell*
                              JESSICA O'DONNELL
                              MATTHEW R. OAKES
                              Environmental Defense Section
                              P.O. Box 7611
                              Washington, DC 20044
                              (202) 514-2686 (Oakes)
                              Matthew.Oakes@usdoj.gov

OF COUNSEL:

STEVEN SILVERMAN
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

## **CERTIFICATE OF SERVICE**

I certify that on March 18, 2014, I caused a copy of the foregoing document to be filed through the Court's electronic filing system and thereby served on counsel through that system.

/s/ *Jessica O'Donnell*